NOTICE OF TORT CLAIM

To:

Loving County Judge

100 Bell Street

Mentone, TX 79754

Loving County Sheriff's Department

114 W Collins Ave / P.O. Box 104

Mentone, TX 79754

From:

Dr. Malcolm Tanner

1304 S Grant Ave

Crawfordsville, IN 47933

Tysonemmate@icloud.com

727-831-1421

Date: June 12, 2025

Subject: Formal Notice of Tort Claim Pursuant to Texas Civil Practice & Remedies Code § 101.101

To Whom It May Concern,

Please be advised that pursuant to the Texas Tort Claims Act, Tex. Civ. Prac. & Rem. Code § 101.101, this correspondence serves as formal and timely notice of a claim against Loving County,

Texas, and its agents, officials, and employees for conduct giving rise to substantial legal liability.

Claimant: Dr. Malcolm Tanner

Date(s) of Incident: Ongoing; with key incidents occurring on or about June 8, 2025

Location of Incident: 2985 Private Road 3008, Mentone, TX 79754

Statement of Facts:

I am the owner of the above-referenced real property in Loving County, Texas. On multiple occasions, including but not limited to June 8, 2025, personnel believed to be acting on behalf of the Loving County Sheriff's Department unlawfully entered the premises without warrant, consent, or exigent justification. Witnesses lawfully residing on the property observed these individuals present and engaging in unauthorized activity.

In addition to the unlawful entries, residential structures under active construction were demolished or removed without legal process, notice, or judicial authorization. These acts constitute an intentional interference with my property rights and were apparently motivated by animus toward my publicly stated political intentions to expand residential occupancy in Loving County and affect lawful participation in democratic governance.

Nature of Injury and Damages:

As a direct result of the aforementioned conduct, I have suffered and continue to suffer substantial damages, including but not limited to: destruction of property, loss of investment, interruption of development, economic losses, and severe emotional and reputational harm. Damages are presently estimated in the multimillion-dollar range and continue to accrue.

Demand and Reservation of Rights:

This notice is submitted in compliance with the Texas Tort Claims Act for the purpose of preserving

all legal rights and remedies. I hereby demand that Loving County cease all unlawful interference with my property and compensate me for the full extent of the damages caused. If a resolution is not reached within a reasonable period, I intend to pursue all available remedies under state and federal law, including but not limited to the initiation of formal litigation.

Please preserve all relevant documents, communications, dispatch records, incident reports, body camera footage, and other evidence in connection with the conduct described herein.

Sincerely,

_____

Dr. Malcolm Tanner

1304 S Grant Ave

Crawfordsville, IN 47933

Tysonemmate@icloud.com

727-831-1421

 Gmail

Reeves County <reevescountylibrary2016@gmail.com>

## (no subject)
1 message

**Vernetta Carey** <vcarey89@yahoo.com>  Wed, Aug 20, 2025 at 1:22 PM
To: "reevescountylibrary2016@gmail.com" <reevescountylibrary2016@gmail.com>

### EXHIBIT A – Declaration of Raheem Slatin Sr.

DECLARATION OF RAHEEM SLATIN SR.

I, Raheem Slatin Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

On August 19, 2025, at approximately 2:30 PM, I witnessed a black Loving County Sheriff's Department truck pull up next to my car while I was on Dr. Malcolm Tanner's private property. A male driver, who appeared to be a Sheriff or Deputy, exited the vehicle along with a male and a female passenger.

The male driver approached my window and stated, "Hey I have the Houston Chronicle here and they want to speak to someone." I told them to hold on. Approximately five minutes later, I exited my vehicle and walked over to them. I told them, "This is private property and you have to leave."

The male passenger responded, "I just want to talk to someone." I replied, "There is no one to talk to." He asked, "Are you sure, not even you?" and I told him "No." At that point, all three individuals got back into the vehicle and began leaving the property.

However, I observed the truck stop twice on the property before exiting the roadway. On each occasion, the vehicle doors opened and it appeared the passengers got out briefly for around five minutes before getting back in and driving away.

I am executing this declaration freely and voluntarily.

Executed on August 20, 2025.

*[signature]*

Raheem Slatin Sr.

Sent from Yahoo Mail for iPhone