## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

DR. MALCOLM TANNER,
    *Plaintiff*

v.

LOVING COUNTY SHERIFF'S
DEPARTMENT,  SHERIFF DAVE
WES LANDERSMAN,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES;  CHIEF
DEPUTY LARRY PEARSON,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES;  DEPUTY
ABIE CAMACHO, INDIVIDUALLY
AND IN THEIR OFFICIAL
CAPACITIES;  LOVING COUNTY,
TEXAS, KEN PAXTON,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF
TEXAS; LAUREN MCGEE,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES;
JENNIFER FOSTER,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES; ERNEST
GARCIA, INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES;
ANDREW BROWN,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES; AND
TINA BURROUGHS, INDIVIDUAL
AND OFFICIAL CAPACITIES;
    *Defendants*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

P:25-CV-00033-DC

## ORDER

BEFORE THE COURT is the report and recommendation from United States

Magistrate Judge David B. Fannin concerning Defendants' Motions to Dismiss.[1] Pursuant to

28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States

---

[1] Docs 4, 15.

District Court for the Western District of Texas, the magistrate judge issued his report and recommendation on January 30, 2026.[2] As of the date of this Order, no party has filed objections to the report and recommendation.

Title 28 United States Code § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court reviews *de novo* the portions of the report and recommendations objected thereto. When no objections are timely-filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case filed timely objections, the Court has reviewed the report and recommendation and finds no clear error. The Court, therefore, accepts and adopts the report and recommendation as its own Order.

Accordingly, the Court **ORDERS** the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. Defendants' Motions to Dismiss[4] are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 17th day of February, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[2] Doc. 18.
[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Docs. 4, 15.