**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **DR. MALCOLM TANNER,** *Plaintiff,* | § | |
| **v.** | § | **P:25-CV-00033-DC** |
| **LOVING COUNTY SHERIFF'S DEPARTMENT, at al.,** *Defendants.* | § | |

**ORDER**

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge David B. Fannin concerning Defendants' Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his R&R on May 20, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the R&R. The Court will review *de novo* the portions of the R&R objected thereto. When no objections are timely filed, the Court need only review the Magistrate Judge's R&R for clear error.[3]

---

[1] Doc. 19.
[2] Doc. 23.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections,[4] the Court reviews the R&R for clear error. Having done so and finding no clear error, the Court accepts and adopts the R&R as its own order.

Accordingly, the Court **ORDERS** the R&R of the United States Magistrate Judge is **ADOPTED**.[5] Defendants' Motion to Dismiss is **GRANTED**[6] and Tanner's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED this 23rd day of July, 2026.



DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[4] The R&R was mailed to the pro se plaintiff on June 5, 2026, via certified mail. *See* Doc. 24. However, the R&R could not be delivered because Plaintiff's forwarding address was no longer valid. The Court issued an order on July 15, 2026, requiring Plaintiff to update his address within seven days. *See* Doc. 25. Seven days have elapsed without a response from Plaintiff. The R&R is ripe for consideration.

[5] Doc. 23.

[6] Doc. 19.